**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
Nevada Bar No.: 12247
I-Che.Lai@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
P: (702) 727-1400
F: (702) 727-1401

*Attorneys for Defendant*
*D. Westwood, Inc.*
*d/b/a Treasures Gentlemen's Club*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD,<br><br>Plaintiffs,<br><br>v.<br><br>D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB,<br><br>Defendants. | CASE NO.: 2:19-CV-01842-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

**STIPULATION AND ORDER FOR EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club ("Defendant"), by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A

1

1538744v.3

Sheena Lee, and Tyran Richard (collectively "Plaintiffs"), by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendants to file a response (to answer or otherwise respond) to Plaintiff's Complaint up to and including December 3, 2019.

This stipulation is submitted in compliance with LR IA 6-1.

This is the parties' first request for extension of the deadline.

Dated this 12th day of November, 2019.　　　　Dated this 12th day of November, 2019.

ALVERSON TAYLOR & SANDERS　　　　　　　　WILSON ELSER MOSKOWITZ EDELMAN
　　　　　　　　　　　　　　　　　　　　　　　　　& DICKER LLP

By: */s/ David M. Sexton*　　　　　　　　　　By: */s/ Davis S. Kahn*
　　KURT B. BONDS, ESQ.　　　　　　　　　　　　DAVID S. KAHN, ESQ.
　　Nevada Bar No.: 6228　　　　　　　　　　　　Nevada Bar No. 7038
　　DAVID M. SEXTON, ESQ.　　　　　　　　　　David.Kahn@wilsonelser.com
　　Nevada Bar No. 14951　　　　　　　　　　　I-CHE LAI, ESQ.
　　6608 Grand Montecito Pkwy. #200　　　　　Nevada Bar No.: 12247
　　Las Vegas, NV 89149　　　　　　　　　　　　I-Che.Lai@wilsonelser.com
　　efile@alversontaylor.com　　　　　　　　　300 South Fourth Street, 11th Floor
　　*Attorneys for Plaintiffs*　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　　　P: (702) 727-1400
　　　　　　　　　　　　　　　　　　　　　　　　F: (702) 727-1401
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant D. Westwood, Inc.*
　　　　　　　　　　　　　　　　　　　　　　　　*d/b/a Treasures Gentlemen's Club*

## ORDER

Based upon the Stipulation of the parties and good cause appearing, Defendants are hereby submitted to respond (to answer or otherwise respond) to Plaintiff's Complaint on or before December 3, 2019.

**IT IS SO ORDERED**

**DATED: November 13, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

1538744v.3