**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
Nevada Bar No.: 12247
I-Che.Lai@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
P:  (702) 727-1400
F:  (702) 727-1401

*Attorneys for Defendant*
*D. Westwood, Inc.*
*d/b/a Treasures Gentlemen's Club*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD,<br><br>Plaintiffs,<br><br>v.<br><br>D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB,<br><br>Defendants. | CASE NO.: 2:19-CV-01842-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(Second Request)** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club ("Defendant"), by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A

1

1555400v.1

Sheena Lee, and Tyran Richard (collectively "Plaintiffs"), by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendants to file a response (to answer or otherwise respond) to Plaintiff's Complaint up to and including **January 10, 2020**.

This stipulation is submitted in compliance with LR IA 6-1.

This is the parties' second request for extension of the deadline.

Dated this 30th day of December, 2019.   Dated this 30th day of December, 2019.

ALVERSON TAYLOR & SANDERS   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ David M. Sexton*  
    KURT B. BONDS, ESQ.  
    Nevada Bar No.: 6228  
    DAVID M. SEXTON, ESQ.  
    Nevada Bar No. 14951  
    6608 Grand Montecito Pkwy. #200  
    Las Vegas, NV 89149  
    *efile@alversontaylor.com*  
    *Attorneys for Plaintiffs*

By: */s/ Davis S. Kahn*  
    DAVID S. KAHN, ESQ.  
    Nevada Bar No. 7038  
    David.Kahn@wilsonelser.com  
    I-CHE LAI, ESQ.  
    Nevada Bar No.: 12247  
    I-Che.Lai@wilsonelser.com  
    300 South Fourth Street, 11th Floor  
    Las Vegas, NV 89101  
    P: (702) 727-1400  
    F: (702) 727-1401  
    *Attorneys for Defendant D. Westwood, Inc.*  
    *d/b/a Treasures Gentlemen's Club*

**ORDER**

Based upon the Stipulation of the parties and good cause appearing, Defendants are hereby submitted to respond (to answer or otherwise respond) to Plaintiff's Complaint on or before January 10, 2020.

**IT IS SO ORDERED.**

_____  
DISTRICT COURT JUDGE

12/31/2019

1555400v.1