**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
Nevada Bar No.: 12247
I-Che.Lai@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
P:  (702) 727-1400
F:  (702) 727-1401

*Attorneys for Defendant*
*D. Westwood, Inc.*
*d/b/a Treasures Gentlemen's Club*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD, <br><br> Plaintiffs, <br><br> v. <br><br> D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB, <br><br> Defendants. | CASE NO.: 2:19-CV-01842-JCM-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(Third Request)** |

**STIPULATION AND ORDER FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club ("Defendant"), by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A

1

Sheena Lee, and Tyran Richard (collectively "Plaintiffs"), by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendants to file a response (to answer or otherwise respond) to Plaintiff's Complaint up to and including **February 24, 2020**.

This stipulation is submitted in compliance with LR IA 6-1.

This is the parties' third request for extension of the deadline.

**The parties advise the Court that the parties continue to seek informal resolution during this extension period, and that the extension may facilitate resolution.**

| Dated this 10th day of January, 2020. | Dated this 10th day of January, 2020. |
|---|---|
| ALVERSON TAYLOR & SANDERS | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| By: /s/ David M. Sexton<br>KURT B. BONDS, ESQ.<br>Nevada Bar No.: 6228<br>DAVID M. SEXTON, ESQ.<br>Nevada Bar No. 14951<br>6608 Grand Montecito Pkwy. #200<br>Las Vegas, NV 89149<br>efile@alversontaylor.com<br>*Attorneys for Plaintiffs* | By: /s/ Davis S. Kahn<br>DAVID S. KAHN, ESQ.<br>Nevada Bar No. 7038<br>David.Kahn@wilsonelser.com<br>I-CHE LAI, ESQ.<br>Nevada Bar No.: 12247<br>I-Che.Lai@wilsonelser.com<br>300 South Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br>P: (702) 727-1400<br>F: (702) 727-1401<br>*Attorneys for Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club* |

## ORDER

Based upon the Stipulation of the parties and good cause appearing, Defendants are hereby submitted to respond (to answer or otherwise respond) to Plaintiff's Complaint on or before February 24, 2020. **IT IS SO ORDERED**

**DATED: January 13, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

1560493v.1