**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
Nevada Bar No. 12247
I-Che.Lai@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant*
*D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD,<br><br>Plaintiffs,<br><br>v.<br><br>D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB,<br><br>Defendants. | Case No. 2:19-CV-01842-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(Fifth Request)** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A Sheena Lee, and Tyran Richard, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendant to file a response (to answer or otherwise respond) to Plaintiffs' Complaint up to and including May 23, 2020.

This stipulation is submitted in compliance with LR IA 6-1.

1

1050604v.2

This is the parties' fifth request for extension of the deadline.

Good cause warrants the additional extension. The COVID-19 pandemic has made it difficult for the parties, especially the sixteen plaintiffs, to explore settlement with this case before requiring the defendant to respond to the complaint. With the ongoing nature of the pandemic, additional time is necessary for the parties to continue exploring settlement of the entire case.

Dated this 23rd day of March, 2020.

ALVERSON TAYLOR & SANDERS

*/s/ David M. Sexton*
KURT B. BONDS, ESQ.
Nevada Bar No.: 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6608 Grand Montecito Pkwy. #200
Las Vegas, NV 89149
efile@alversontaylor.com
Attorneys for Plaintiffs

Dated this 23rd day of March, 2020.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ I-Che Lai*
DAVID S. KAHN, ESQ.
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
I-CHE LAI, ESQ.
Nevada Bar No.: 12247
I-Che.Lai@wilsonelser.com
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
P: (702) 727-1400
F: (702) 727-1401
*Attorneys for Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

## ORDER

Based upon the stipulation of the parties and good cause appearing, the deadline for Defendant to respond (to answer or otherwise respond) to Plaintiffs' complaint is extended to May 23, 2020.

The court grants the parties' stipulation and encourages them to make as much progress as possible towards settlement in the next 60 days.

**IT IS SO ORDERED**

**DATED: March 25, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2