**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
Nevada Bar No. 12247
I-Che.Lai@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant*
*D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD, <br><br> Plaintiffs, <br><br> v. <br><br> D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB, <br><br> Defendants. | Case No. 2:19-CV-01842-JCM-BNW <br><br><br><br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(Sixth Request)** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A Sheena Lee, and Tyran Richard, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendant to file a response (to answer or otherwise respond) to Plaintiffs' Complaint up to and including July 24, 2020.

This stipulation is submitted in compliance with LR IA 6-1.

1603536v.1

1   This is the parties' sixth request for extension of the deadline.

2   Good cause warrants the additional extension. Plaintiffs in this case have also filed suit with

3   other plaintiffs in other jurisdictions alleging similar claims against other businesses. To minimize

4   the parties' fees and costs and to serve judicial economy, the parties in this case and the other cases

5   have agreed to attempt a global settlement of all cases. With the ongoing nature of the pandemic, it is

6   taking time for the parties to exhaust global settlement efforts. Additional time is therefore necessary

7   for the parties to complete settlement efforts. The parties believe that the proposed extension should

8   be sufficient to complete settlement efforts.

9   Dated this 26th day of May, 2020.                Dated this 26th day of May, 2020.

10  ALVERSON TAYLOR & SANDERS              WILSON ELSER MOSKOWITZ EDELMAN
                                                            & DICKER LLP
11

12  /s/ Kurt B. Bonds                                      /s/ David S. Kahn
    KURT B. BONDS, ESQ.                             DAVID S. KAHN, ESQ.
13  Nevada Bar No.: 6228                            Nevada Bar No. 7038
    DAVID M. SEXTON, ESQ.                          I-CHE LAI, ESQ.
14  Nevada Bar No. 14951                            Nevada Bar No.: 12247
    6608 Grand Montecito Pkwy. #200            300 South Fourth Street, 11th Floor
15  Las Vegas, NV 89149                             Las Vegas, NV 89101
    Attorneys for Plaintiffs                             *Attorneys for Defendant D. Westwood, Inc.*
16                                                              *d/b/a Treasures Gentlemen's Club*

17

18

19

20

21

22

23

24

25
    . . .
26
    . . .
27
    . . .
28

1603536v.1

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the deadline for

Defendant to respond (to answer or otherwise respond) to Plaintiffs' complaint is extended to July

24, 2020.

**IT IS SO ORDERED**

**DATED: May 28, 2020**

_____

**BRENDA WEKSLER**

**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted by:

_/s/ David S. Kahn_
DAVID S. KAHN, ESQ.
Nevada Bar No. 7038
I-CHE LAI, ESQ.
Nevada Bar No.: 12247
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
_Attorneys for Defendant D. Westwood, Inc._
_d/b/a Treasures Gentlemen's Club_

1603536v.1