1  **DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
2  David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
3  Nevada Bar No. 12247
I-Che.Lai@wilsonelser.com
4  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
5  Las Vegas, Nevada 89101
Telephone: 702.727.1400
6  Facsimile: 702.727.1401
*Attorneys for Defendant*
7  *D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

8  **UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD,<br><br>Plaintiffs,<br><br>v.<br><br>D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB,<br><br>Defendants. | Case No. 2:19-CV-01842-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(Seventh Request)** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A Sheena Lee, and Tyran Richard, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendant to file a response (to answer or otherwise respond) to Plaintiffs' Complaint up to and including August 14, 2020.

This stipulation is submitted in compliance with LR IA 6-1.

1

1603536v.1

1  This is the parties' seventh request for extension of the deadline.

2  Good cause warrants the additional extension. Plaintiffs in this case have also filed suit with other plaintiffs in other jurisdictions alleging similar claims against other businesses. To minimize the parties' fees and costs and to serve judicial economy, the parties in this case and the other cases have agreed to attempt a global settlement of all cases, and settlement discussions are still ongoing. With the ongoing nature of the pandemic, it is taking time for the parties to exhaust global settlement efforts. Additional time is therefore necessary for the parties to complete settlement efforts. The parties believe that the proposed extension should be sufficient to complete settlement efforts.

| Dated this 24th day of July, 2020. | Dated this 24th day of July, 2020. |
|---|---|
| ALVERSON TAYLOR & SANDERS | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/David M. Sexton* | */s/David S. Kahn* |
| KURT B. BONDS, ESQ.<br>Nevada Bar No.: 6228<br>DAVID M. SEXTON, ESQ.<br>Nevada Bar No. 14951<br>6608 Grand Montecito Pkwy. #200<br>Las Vegas, NV 89149<br>Attorneys for Plaintiffs | DAVID S. KAHN, ESQ.<br>Nevada Bar No. 7038<br>I-CHE LAI, ESQ.<br>Nevada Bar No.: 12247<br>300 South Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club* |

. . .

. . .

. . .

1603536v.1

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the deadline for Defendant to respond (to answer or otherwise respond) to Plaintiffs' complaint is extended to August 14, 2020.

IT IS SO ORDERED:

Dated: July 28, 2020

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

*/s/David S. Kahn*
DAVID S. KAHN, ESQ.
Nevada Bar No. 7038
I-CHE LAI, ESQ.
Nevada Bar No.: 12247
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89101
*Attorneys for Defendant D. Westwood, Inc.
d/b/a Treasures Gentlemen's Club*

3

1603536v.1