Case 2:19-cv-01842-JCM-BNW Document 25 Filed 08/26/20 Page 1 of 2

**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

ARIANNY CELESTE LOPEZ, BROOKE JOHNSON a/k/a BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JESSA HINTON, INA SCHNITZER a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD

Plaintiffs,

vs.

D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB

Defendant.

Case No. 2:19-cv-01842-JCM-BNW

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

**(FIRST REQUEST)**

COME NOW Plaintiffs, Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber a/k/a Sheena Lee, and Tyran Richard (collectively "Plaintiffs"), by and through

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000


KRB/26447

Case 2:19-cv-01842-JCM-BNW Document 23 Filed 08/26/20 Page 2 of 2

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

their counsel of record, Alverson Taylor & Sanders, and Defendant, D. Westwood, Inc. d/b/a Treasures Gentlemen's Club ("Defendant"), by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and hereby stipulate and agree to extend the deadline for Plaintiffs to file a Response to Defendant's Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6) up to and including September 11, 2020. Defendant's Motion to Dismiss was filed on August 14, 2020. *See* ECF No. 22.

This stipulation is submitted in compliance with LR IA 6-1.

This is the Parties' first request for extension of this deadline. The Parties affirm that this extension is sought in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 26th day of August, 2020.

ALVERSON TAYLOR & SANDERS

By: *David M. Sexton*
KURT B. BONDS, ESQ.
Nevada Bar No.: 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Pkwy. #200
Las Vegas, NV 89149
*Attorneys for Plaintiffs*

Dated this ____ day of August, 2020.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: *I-Che Lai*
DAVID S. KAHN, ESQ.
Nevada Bar No. 7038
I-CHE LAI, ESQ.
Nevada Bar No.: 12247
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

Based on the Stipulation of the Parties, and good cause appearing, Plaintiffs are hereby permitted to respond to Defendant's Motion to Dismiss on or before September 11, 2020.

**IT IS SO ORDERED** September 1, 2020.

James C. Mahan
UNITED STATES DISTRICT JUDGE

N:\CLIENTS\26400\26447\pleading\SAO to Extend Time to Respond to MTD docx



KRB/26447