**DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
David.Kahn@wilsonelser.com
**I-CHE LAI, ESQ.**
Nevada Bar No. 12247
I-Che.Lai@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant*
*D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD, <br><br> Plaintiffs, <br><br> v. <br><br> D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB, <br><br> Defendants. | Case No. 2:19-CV-01842-JCM-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> **(First Request)** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A Sheena Lee, and Tyran Richard, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendant to file its reply to Plaintiffs' opposition to Defendant's motion to dismiss up to and including October 2, 2020. Plaintiffs had filed the opposition (ECF No. 26) on September 11, 2020.

1

1645912v.1

This stipulation is submitted in compliance with LR IA 6-1.

This is the parties' first request for extension of this deadline. The parties affirm that this extension is sought in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| Dated this 17th day of September, 2020. | Dated this 17th day of September, 2020. |
|---|---|
| ALVERSON TAYLOR & SANDERS | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| /s/ Kurt B. Bonds | /s/ I-Che Lai |
| KURT B. BONDS, ESQ. | DAVID S. KAHN, ESQ. |
| Nevada Bar No.: 6228 | Nevada Bar No. 7038 |
| DAVID M. SEXTON, ESQ. | I-CHE LAI, ESQ. |
| Nevada Bar No. 14951 | Nevada Bar No.: 12247 |
| 6608 Grand Montecito Pkwy. #200 | 300 South Fourth Street, 11th Floor |
| Las Vegas, NV 89149 | Las Vegas, NV 89101 |
| Attorneys for Plaintiffs | *Attorneys for Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club* |

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the deadline for Defendant to file its reply to Plaintiffs' opposition to Defendant's motion to dismiss is extended to October 2, 2020.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 18, 2020

2

1645912v.1