1  **DAVID S. KAHN, ESQ.**
   Nevada Bar No. 7038
2  David.Kahn@wilsonelser.com
   **I-CHE LAI, ESQ.**
3  Nevada Bar No. 12247
   I-Che.Lai@wilsonelser.com
4  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
5  Las Vegas, Nevada 89101
   Telephone: 702.727.1400
6  Facsimile: 702.727.1401
   *Attorneys for Defendant*
7  *D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

8                      **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
9

10  ARIANNY CELESTE LOPEZ, BROOKE          Case No. 2:19-CV-01842-JCM-BNW
    JOHNSON aka BROOKE TAYLOR,
    CAITLIN O'CONNOR, CLAUDIA
11  SAMPEDRO, DANIELLE RUIZ, IRINA
    VORONINA, JESSICA HINTON a/k/a
12  JORDAN CARVER, LINA POSADA, LUCY       **STIPULATION AND ORDER FOR**
    PINDER, MARIANA DAVALOS, ROSIE         **EXTENSION OF TIME FOR DEFENDANT**
13  JONES, ROSIE ROFF, SARA                **TO RESPOND TO PLAINTIFFS'**
    UNDERWOOD, SHEENA WEBER a/k/a          **OPPOSITION TO DEFENDANT'S MOTION**
14  SHEENA LEE, and TYRAN RICHARD,         **TO DISMISS**

15              Plaintiffs,                **(Second Request)**

16        v.

17  D. WESTWOOD, INC. d/b/a TREASURES
    GENTLEMEN'S CLUB,
18
                Defendants.
19

20        Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel

21  of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez,

22  Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina

23  Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie

24  Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A Sheena Lee, and Tyran Richard, by and

25  through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and

26  agree to extend the deadline for Defendant to file its reply to Plaintiffs' opposition to Defendant's

27  motion to dismiss up to and including October 9, 2020. Plaintiffs had filed the opposition (ECF No.

28  26) on September 11, 2020.

                                          1
1652468v.1

1    This stipulation is submitted in compliance with LR IA 6-1.

2    This is the parties' second request for extension of this deadline. The parties affirm that this

3    extension is sought in good faith and not for the purpose of delay.

4    IT IS SO STIPULATED.

5    Dated this 2nd day of October, 2020.          Dated this 2nd day of October, 2020.

6    ALVERSON TAYLOR & SANDERS          WILSON ELSER MOSKOWITZ EDELMAN
                                                            & DICKER LLP

7

8    /s/David M. Sexton                              /s/David S. Kahn
     KURT B. BONDS, ESQ.                             DAVID S. KAHN, ESQ.
9    Nevada Bar No.: 6228                            Nevada Bar No. 7038
     DAVID M. SEXTON, ESQ.                           I-CHE LAI, ESQ.
10   Nevada Bar No. 14951                            Nevada Bar No.: 12247
     6608 Grand Montecito Pkwy. #200                 300 South Fourth Street, 11th Floor
11   Las Vegas, NV 89149                             Las Vegas, NV 89101
     Attorneys for Plaintiffs                        *Attorneys for Defendant D. Westwood, Inc.*
12                                                   *d/b/a Treasures Gentlemen's Club*

13

14                                    **ORDER**

15   Based upon the stipulation of the parties and good cause appearing, the deadline for

16   Defendant to file its reply to Plaintiffs' opposition to Defendant's motion to dismiss is extended to

17   October 9, 2020.

18   IT IS SO ORDERED:

19

20   _____
     UNITED STATES DISTRICT JUDGE

21

22
                                October 2, 2020
23   DATED: _____

24

25

26

27

28

2

1652468v.1