| | |
|---|---|
| 1 | I-Che Lai |
| | Nevada Bar No. 12247 |
| 2 | I-Che.Lai@wilsonelser.com |
| | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| 3 | 6689 Las Vegas Blvd. South, Suite 200 |
| | Las Vegas, Nevada 89119 |
| 4 | Telephone: 702.727.1400 |
| | Facsimile: 702.727.1401 |
| 5 | *Attorneys for Defendant* |
| | *D. Westwood, Inc. d/b/a Treasures Gentlemen's Club* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, BROOKE JOHNSON aka BROOKE TAYLOR, CAITLIN O'CONNOR, CLAUDIA SAMPEDRO, DANIELLE RUIZ, IRINA VORONINA, JESSICA HINTON a/k/a JORDAN CARVER, LINA POSADA, LUCY PINDER, MARIANA DAVALOS, ROSIE JONES, ROSIE ROFF, SARA UNDERWOOD, SHEENA WEBER a/k/a SHEENA LEE, and TYRAN RICHARD, <br><br> Plaintiffs, <br><br> v. <br><br> D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB, <br><br> Defendants. | Case No. 2:19-CV-01842-JCM-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> **(First Request)** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiffs Arianny Celeste Lopez, Brooke Johnson aka Brooke Taylor, Caitlin O'Connor, Claudia Sampedro, Danielle Ruiz, Irina Voronina, Jessica Hinton a/k/a Jordan Carver, Lina Posada, Lucy Pinder, Mariana Davalos, Rosie Jones, Rosie Roff, Sara Underwood, Sheena Weber A/K/A Sheena Lee, and Tyran Richard, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendant to file its response to Plaintiffs' motion for leave to amend complaint up to and including July 16, 2021. Plaintiffs had filed the motion (ECF No. 42) on June 25, 2021.

The stipulated extension arises from Defendant's need for additional time to respond to Plaintiffs' motion after it recently appears that the parties are not able to settle this case before the

1

1  July 9, 2021 deadline to respond to Plaintiffs' motion. Before that deadline, the parties have devoted
2  their efforts to discuss settlement of their dispute over the use of certain images on Defendant's
3  social media, which includes the claims raised in this case. They had hope that they could settle
4  before the July 9, 2021 deadline. But that did not occur. Nevertheless, the parties were to able
5  resolve a substantial issue raised in Plaintiffs' motion after June 25, 2021. Therefore, the requested
6  extension serves to give Defendant time to prepare a limited opposition to Plaintiffs' motion.

This stipulation is submitted in compliance with LR IA 6-1.

This is the parties' first request for extension of this deadline. The parties affirm that this extension is sought in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: July 12, 2021

ALVERSON TAYLOR & SANDERS

*/s/ Kurt B. Bonds*
KURT B. BONDS, ESQ.
Nevada Bar No.: 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6608 Grand Montecito Pkwy. #200
Las Vegas, NV 89149
Attorneys for Plaintiffs

Dated: July 12, 2021

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ I-Che Lai*
I-CHE LAI, ESQ.
Nevada Bar No.: 12247
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

### ORDER

Based upon the stipulation of the parties and good cause appearing, the deadline for Defendant to file its response to Plaintiffs' motion for leave to amend complaint is extended to July 16, 2021.

**IT IS SO ORDERED**

**DATED:** 10:41 am, July 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2
256384771v.1