Sheri M. Thome
Nevada Bar No. 8657
Sheri.Thome@wilsonelser.com
I-Che Lai
Nevada Bar No. 12247
I-Che.Lai@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant*
*D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIANNY CELESTE LOPEZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB, <br><br> Defendants. | Case No. 2:19-CV-01842-JCM-BNW <br><br> **STIPULATION AND ORDER FOR STAY OF DISCOVERY PENDING DECISION ON MOTION FOR LEAVE TO AMEND** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and remaining plaintiffs Brooke Johnson, Irina Voronina, Rosie Roff, and Sara Underwood, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate and agree to a temporary stay of this case pending this Court's decision on the remaining plaintiffs' motion for leave to amend complaint (ECF No. 42).

"[A] district court has the inherent power to stay cases to control its docket and promote the efficient use of judicial resources." *U.S. Bank Nat'l Ass'n v. Antelope Canyon Homeowners Ass'n*, No. 2:15-cv-01423-JCM-PAL, 2016 U.S. Dist. LEXIS 132303, at *5 (D. Nev. Sep. 23, 2016) (citing *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)). With that inherent authority and "wide discretion in controlling discovery," this Court in other cases has "stay[ed] … discovery and other proceedings to accomplish the inexpensive determination of the case," which is the objective of Fed. R. Civ. P. 1. *E.g.*, *Dennis v. Mission Support & Test Servs.*, No. 2:20-cv-01032-JCM-BNW, 2020

1

1  U.S. Dist. LEXIS 252918, at *3-4 (D. Nev. Aug. 20, 2020) (internal citations omitted).

2      Here, the requested stay arises from the parties' need to avoid the cost and effort of
3  significant discovery if this Court allows the remaining plaintiffs to file an amended complaint with
4  the Lanham Act false endorsement claims. Such claims requires "costly consumer surveys" to assess
5  the likelihood of confusion, which is an element of the false endorsement claims. *See Honeywell*
6  *Int'l, Inc. v. ICM Controls Corp.*, 45 F. Supp. 3d 969, 986 (D. Minn. 2014); *Merck Eprova AG v.*
7  *BrookStone Pharm., LLC*, 920 F. Supp. 2d 404, 422-23 (S.D.N.Y. 2013); *Thermal Design, Inc. v.*
8  *Guardian Bldg. Prods.*, No. 08-C-828, 2012 U.S. Dist. LEXIS 164151, at *2-3 (E.D. Wis. Nov. 16,
9  2012). Such survey evidence would be unnecessary if this Court denies the motion for leave to
10 amend. There is therefore a potential savings of substantial litigation costs and resources that could
11 be avoided, depending on the outcome of the motion for leave to amend. Rather than proceed with
12 potentially needless discovery, the parties both agree it is in their collective interests to stay
13 discovery until the resolution of the pending motion for leave to amend.

14     IT IS SO STIPULATED.

15 Dated: September 9, 2021      Dated: September 9, 2021

16 ALVERSON TAYLOR & SANDERS      WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

18 */s/David M. Sexton*      */s/I-Che Lai*
Kurt B. Bonds      Sheri M. Thome
19 Nevada Bar No. 6228      Nevada Bar No. 8657
David M. Sexton      I-Che Lai
20 Nevada Bar No. 14951      Nevada Bar No. 12247
6608 Grand Montecito Pkwy. #200      6689 Las Vegas Blvd. South, Suite 200
21 Las Vegas, NV 89149      Las Vegas, Nevada 89119
Attorneys for Plaintiffs      *Attorneys for Defendant D. Westwood, Inc.*
22      *d/b/a Treasures Gentlemen's Club*

258597933v.1

**ORDER**

Based upon the stipulation of the parties and good cause appearing, discovery is stayed until this Court enters an order lifting the stay. The parties must file an updated stipulated discovery plan and scheduling order within 14 days of this Court's ruling on the motion for leave to amend (ECF No. 42).

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2021

3

258597933v.1