Sheri M. Thome
Nevada Bar No. 8657
Sheri.Thome@wilsonelser.com
I-Che Lai
Nevada Bar No. 12247
I-Che.Lai@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant*
*D. Westwood, Inc. d/b/a Treasures Gentlemen's Club*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIANNY CELESTE LOPEZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> D. WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB, <br><br> Defendants. | Case No. 2:19-cv-01842-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club, by and through its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and remaining plaintiffs Brooke Johnson, Irina Voronina, Rosie Roff, Jessica Hinton, and Sara Underwood, by and through their counsel of record, Alverson Taylor & Sanders, Attorneys at Law, hereby stipulate to dismiss all claims in this action against Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club with prejudice and with each party to bear their own attorneys' fees and costs incurred in this action.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 26, 2022 | Dated: July 27, 2022 |
| ALVERSON TAYLOR & SANDERS | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/ Nicholas Psyk* | */s/ I-Che Lai* |
| Kurt B. Bonds <br> Nevada Bar No. 6228 <br> Nicholas Psyk, Esq. <br> Nevada Bar No. 15983 <br> 6608 Grand Montecito Pkwy. #200 <br> Las Vegas, NV 89149 <br> *Attorneys for Plaintiffs* | Sheri M. Thome <br> Nevada Bar No. 8657 <br> I-Che Lai <br> Nevada Bar No. 12247 <br> 6689 Las Vegas Blvd. South, Suite 200 <br> Las Vegas, Nevada 89119 <br> *Attorneys for Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club* |

1

271465686v.1

**ORDER**

Based upon the above stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED that all claims asserted against Defendant D. Westwood, Inc. d/b/a Treasures Gentlemen's Club be dismissed with prejudice and with each party to bear their own attorneys' fees and costs incurred in the present action.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2022

271465686v.1

2